WILLIAM B. DUNCAN et al., Appellants, *v.* JACOB BERLIN et al., Respondents.

Where money is paid under a mistake of fact, negligence in making the mistake does not prevent the party paying from recovering it back, if the other party has not been prejudiced.

(Submitted June 22, 1871; decided September 5, 1871.)

PLAINTIFFS, bankers in New York, had an account with H. Blagge & Co., of Texas, and supposed there was a balance due that firm. Defendants, creditors of B. & Co., attached the balance, obtained judgment, and plaintiffs paid over to the sheriff, on the execution, under protest, $2,924.33. Upon settling the accounts, it was discovered that but $1,000 was due on the account. To recover back the $1,924.33, this action was brought. Judgment was given for defendants, which was affirmed by the General Term.

*W. D. White*, for appellants.

*F. C. Cantine*, for respondents.

RAPALLO, J., reads opinion for reversal and new trial.
All concur.
Judgment reversed.